IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**
FEB 2 5 2003
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST LOUIS OFFICE

ROBBYN BROWN,

    Plaintiff,

-vs-                          No   99-745 DRH

JOHN W SNOW,
Secretary of the Treasury,
DORIAN MORLEY, Director,
Regional Complaints Center,
DELORIS FEATHERSTONE, Manager, and
KATHLEEN SWAIN, Manager,

    Defendants

## JUDGMENT IN A CIVIL CASE

      **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the matter is now before the court on Defendant John Snow's motion for judgment as a matter of law

      **IT IS ORDERED AND ADJUDGED** for the reasons stated on the record in open court that the Defendant's motion is **GRANTED** and Counts V, IX, X and XI are **DISMISSED** Judgment is entered in favor of Defendant **JOHN W. SNOW**, Secretary of the Treasury, and against Plaintiff **ROBBYN BROWN.**

      **IT IS FURTHER ORDERED AND ADJUDGED** that all remaining counts against all Defendants are **DISMISSED.**  Judgment is entered in favor of Defendants **JOHN W. SNOW,**



**DORIAN MORLEY**, **DELORIS FEATHERSTONE** and **KATHLEEN SWAIN** and against

Plaintiff **ROBBYN BROWN**

February 25 2003

_____
**DAVID R. HERNDON**
**U.S. DISTRICT JUDGE**

**NORBERT G. JAWORSKI, CLERK**

By _Patricia Brown_____
Deputy Clerk

EOD  2-27-03