AO 133 (Rev. 9/89) Bill of Costs

# United States District Court

SOUTHERN **DISTRICT OF** ILLINOIS

RECEIVED MAR 11 2003
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

ROBBYN BROWN
Plaintiff,

v.

JOHN W. SNOW, et al.
Defendants.

**BILL OF COSTS**

Case Number: 99-745 DRH

Judgment having been entered in the above entitled action on 02/25/2003 against Plaintiff Robbyn Brown the Clerk is requested to tax the following as costs:

FILED APR 2 2003

| | |
|---|---|
| Fees of the Clerk | $ |
| Fees for service of summons and subpoena | 991.10 (attached) |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 253.45 (attached) <br> 175.00 (attached) |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on reverse side) | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | |
| TOTAL | $ 1,419.55 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: Robbyn Brown
P.O Box 34
O'Fallon, IL 62269-0034

Signature of Attorney:
Name of Attorney: Nicholas P. Llewellyn   Special Assistant U.S Attorney- E.D.Mo.

For:   Defendant   John W. Snow, Secretary of the Treasury   Date: 3/11/03
Name of Claiming Party

Costs are taxed in the amount of $ 1,419.55 and included in the judgement.

By: _____
Clerk of Court         Deputy Clerk         Date: 4-2-03

This form was electronically produced by Elite Federal Forms, Inc

158

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**
FEB 2 5 2003
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

ROBBYN BROWN,

    Plaintiff,

-vs-                                                No 99-745 DRH

JOHN W SNOW,
Secretary of the Treasury,
DORIAN MORLEY, Director,
Regional Complaints Center,
DELORIS FEATHERSTONE, Manager, and
KATHLEEN SWAIN, Manager,

    Defendants

### JUDGMENT IN A CIVIL CASE

**JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the matter is now before the court on Defendant John Snow's motion for judgment as a matter of law

**IT IS ORDERED AND ADJUDGED** for the reasons stated on the record in open court that the Defendant's motion is **GRANTED** and Counts V, IX, X and XI are **DISMISSED** Judgment is entered in favor of Defendant **JOHN W. SNOW**, Secretary of the Treasury, and against Plaintiff **ROBBYN BROWN.**

**IT IS FURTHER ORDERED AND ADJUDGED** that all remaining counts against all Defendants are **DISMISSED.** Judgment is entered in favor of Defendants **JOHN W. SNOW,**



DORIAN MORLEY, DELORIS FEATHERSTONE and KATHLEEN SWAIN and against

Plaintiff **ROBBYN BROWN**

February 25 2003

_David R. Herndon_
**DAVID R. HERNDON**
**U.S. DISTRICT JUDGE**

NORBERT G. JAWORSKI, CLERK

By _Patricia Brown_
Deputy Clerk

EOD 2-27-03

COURT REPORTING ASSOCIATES
PMB 5554
12400 Olive Street Road, Suite 555
St. Louis, Missouri 63141
(314) 275-4160

October 26, 2000

TO: Mr. Nicholas P. Llewellyn
    Assistant U.S. Attorney
    U.S. Court & Custom House
    1114 Market Street
    St. Louis, Missouri 63101

IN RE: Robbyn Brown vs. Lawrence H. Summers, et al.

*OR #4809*

Original and one copy of the deposition of Robbyn Brown, taken October 3 and 4, 2000:

| | |
|---|---:|
| 273 pages @ $3.00 per page | $819.00 |
| Attendance | 162.50 |
| Exhibits | 9.60 |
| Total due: | $991.10 |

Thank you,
Rhonda Venezia
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

THE GOODS/SERVICES HAVE BEEN INSPECTED,
ACCEPTED AND RECEIVED BY ME AND CONFORMS
TO CONTRACT.

NAME _____
DATE _____ 10/3/00

Pohlman Reporting Company
1 Metropolitan Square Suite 2950
St. Louis, MO 63102
(314) 421-0099   Fax (314) 421-1115

# COURT REPORTING
# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 58085 | 12/11/00 | 01-6935 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 11/17/00 | PASZSA | 99-745-DRH |

**CASE CAPTION**

Robbyn Brown vs. Lawrence H. Summers

**TERMS**

Due upon receipt

---

Nicholas P. Llewellyn, Esquire
U.S. Department of Justice
114 Market Street
St. Louis, MO 63101

---

```
1 COPY OF TRANSCRIPT OF:
    Cheryl Pagan                             111 PGS              138.75

1 COPY OF TRANSCRIPT OF:
    Karen Hudgins                             58 PGS               72.50

                            Duplication of exhibits                 2.20
                            Scrunch                                15.00
                            Signature not waived fee               20.00
                            Handling & Delivery                     5.00
                                                                ========
                                    T O T A L   D U E  >>>>       253.45


CLIENT'S REFERENCE NO. DRN 2187

THANK YOU.  WE APPRECIATE YOUR BUSINESS.
```

TAX ID NO.: 37-1302924                                                  (314)

Please detach and return this portion with your payment

---

Nicholas P. Llewellyn, Esquire
U.S. Department of Justice
114 Market Street
St. Louis, MO 63101

Invoice No.: 58085
Date       : 12/11/00
**TOTAL DUE** :   253.45

**Goods Received** [signature] 12/11/00
Date

Job No.    : 01-6935
Case No.   : 99-745-DRH
Robbyn Brown vs. Lawrence H. Summers

Remit To: **Pohlman Reporting Company**
          **1 Metropolitan Square Suite 2950**
          **St. Louis, MO 63102**

Pohlman Reporting Company
1 Metropolitan Square Suite 2950
St. Louis, MO 63102
(314) 421-0099   Fax (314) 421-1115

# COURT REPORTING
# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 58089 | 12/11/00 | 01-7008 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 11/20/00 | PASZSA | 99-745-DRH |

**CASE CAPTION**

Robbyn Brown vs. Lawrence H. Summers

**TERMS**

Due upon receipt

Nicholas P. Llewellyn, Esquire
U.S. Department of Justice
114 Market Street
St. Louis, MO 63101

```
1 COPY OF TRANSCRIPT OF:
  Robert Graf                              99 PGS           123.75
                    Duplication of exhibits                  11.25
                    Scrunch                                  15.00
                    Signature not waived fee                 20.00
                    Handling & Delivery                       5.00
                                                          ========
                         T O T A L   D U E   >>>>          175.00

REFERENCE NO. DRN 2188

THANK YOU.  WE APPRECIATE YOUR BUSINESS.
```

TAX ID NO.: 37-1302924                                         (314)

Please detach and return this portion with your payment

Nicholas P. Llewellyn, Esquire
U.S. Department of Justice
114 Market Street
St. Louis, MO 63101

Goods Received [signature]  12/21/10
Signature                     Date

Invoice No.: 58089
Date       : 12/11/00
**TOTAL DUE** : **175.00**

Job No.   : 01-7008
Case No.  : 99-745-DRH
Robbyn Brown vs. Lawrence H. Summers

Remit To: **Pohlman Reporting Company**
         **1 Metropolitan Square Suite 2950**
         **St. Louis, MO 63102**